# Criminal Case Cover Sheet

U.S. District Court

Place of Offense:
City _____
County/Parish __Fairfax_____

Related Case Information:
Superseding Indictment _____ Docket Number/Judge _1:12CR_____
Same Defendant _____ New Defendant ___X___
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No _X__   If Yes, Matter to be sealed:  _X_ Yes _____ No   FBI # _____
Defendant Name: _KURAYE TAMUNOIBI AKUIYIBO_   Alias Name(s) _a/k/a "G", a/k/a "Gerald"_
Address: _____[REDACTED]_____ Miami, FL 33131 _____
Employment: _____
Birthdate __[REDACTED]1979   SS# __[REDACTED]0293   Sex _M_   Race _H_   Nationality _U.S_
Place of Birth _____ Height _____ Weight _____ Hair _Blk_ Eyes _Brn_ Scars/Tattoos _____
Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____   Automobile Description _____

Location Status:
Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody         ☐ On Pretrial Release   ☒ Not in Custody
☒ Arrest Warrant Requested         ☐ Fugitive              ☐ Summons Requested
☐ Bond _____             ☐ Detention Sought

Defense Counsel Information:

Name: _____
Address: _____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

U.S. Attorney Information:

AUSA: _Kimberly Riley Pedersen_   Telephone No: _(703) 299-3700_   Bar # _USAO_

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation

U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 3, 5-6, 9-10 | Felony |
| Set 4 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 4, 7 | Felony |

Date: _1/24/12_   Signature of AUSA _K Pedersen_

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

Place of Offense:
City _____
County/Parish __Fairfax_____

Related Case Information:
Superseding Indictment _____ Docket Number/Judge _1:12CR_____
Same Defendant _____ New Defendant __X_____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X__ If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____
Defendant Name: _OTASOWIE CHRISTOPHER ASUEN_____  Alias Name(s) _a/k/a "Otas", a/k/a "Gene"_
Address: _____
Employment: _____
Birthdate ____1985  SS# ____0058  Sex _M_  Race _B_  Nationality __U.S_____
Place of Birth _____ Height _____ Weight _____ Hair _Blk_ Eyes _Brn_ Scars/Tattoos _____
Interpreter: ☒ No  ☐ Yes  List language and/or dialect: _____  Automobile Description _____

Location Status:
Arrest Date _____
☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody
☒ Arrest Warrant Requested    ☐ Fugitive              ☐ Summons Requested
☐ Bond _____       ☐ Detention Sought

Defense Counsel Information:
Name: _____
Address: _____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

U.S. Attorney Information:

AUSA: _Kimberly Riley Pedersen___  Telephone No: _(703) 299-3700___  Bar # _USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation

U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 5-6 | Felony |
| Set 3 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 7 | Felony |

Date: _1/24/12_    Signature of AUSA _K Pedersen_

REDACTED
JS 45 (11/2002)

# Criminal Case Cover Sheet                                    U.S. District Court

| | |
|---|---|
| Place of Offense: | Related Case Information: |
| City _____ | Superseding Indictment _____ Docket Number/Judge 1:12CR ___ |
| County/Parish __Fairfax__ | Same Defendant _____ New Defendant __X__ |
| | Magistrate Judge Case Number _____ |
| | Search Warrant Case Number _____ |
| | R 20/R 40 from District of _____ |

Defendant Information:

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____
Defendant Name: __ALAFAKA PATIENCE OPUIYO__          Alias Name(s) a/k/a "Amy", a/k/a "Tracy"
Address: _____
Employment: _____
Birthdate ___1980 SS# ___3642 Sex __F__ Race __B__ Nationality __U.S__
Place of Birth _____ Height _____ Weight _____ Hair __Blk__ Eyes __Brn__ Scars/Tattoos _____
Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

Location Status:
Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody           ☐ On Pretrial Release           ☒ Not in Custody
☒ Arrest Warrant Requested           ☐ Fugitive                      ☐ Summons Requested
☐ Bond _____               ☐ Detention Sought

Defense Counsel Information:

Name: _____
Address: _____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

U.S. Attorney Information:

AUSA: __Kimberly Riley Pedersen__   Telephone No: __(703) 299-3700__   Bar # __USAO__

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation

U.S.C. Citations:

Total # of Counts: __1__

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 9-10 | Felony |

Date: 1/24/12          Signature of AUSA  KPedersen

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**

City _____

County/Parish __Fairfax__

**Related Case Information:**

Superseding Indictment _____ Docket Number/Judge _1:12CR_____

Same Defendant _____ New Defendant __X_____

Magistrate Judge Case Number_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__ If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name: _NASSIM TABATABAI_____  Alias Name(s) _a/k/a "Naz"_____

Address: _____▇_____New York, NY_____

Employment: _____

Birthdate __▇__1979  SS# __▇__1895  Sex __F__  Race __W__  Nationality __U.S_____

Place of Birth_____ Height_____ Weight_____ Hair __Brn__ Eyes __Brn__ Scars/Tattoos_____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____   Automobile Description _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Bond _____    ☐ Detention Sought

**Defense Counsel Information:**

Name: _____
Address: _____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: _Kimberly Riley Pedersen_  Telephone No: _(703) 299-3700_  Bar # _USAO_

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation

**U.S.C. Citations:**

Total # of Counts: __1__

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 _18 U.S.C. § 1956(h)_ | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 _18 U.S.C. §§ 1952(a)(1), (a)(3), 371_ | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 _18 U.S.C. §§ 1957(a)_ | Money Laundering | 8 | Felony |

Date: _1/24/12_    Signature of AUSA _KPedersen_

JS 45 (11/2002)

## Criminal Case Cover Sheet   U.S. District Court

**Place of Offense:**
City _____
County/Parish __Fairfax_____

**Related Case Information:**
Superseding Indictment _____ Docket Number/Judge __1:12CR_____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes ____ No  FBI # _____
Defendant Name: __JENNIFER CHIRCHILL_____   Alias Name(s) __a/k/a "Jennifer Nukul"__
Address: _____[REDACTED]__Irvine, CA 92612__
Employment: _____
Birthdate __[REDACTED]1983__ SS# __[REDACTED]1683__ Sex __F__ Race __W__ Nationality __U.S__
Place of Birth_____ Height_____ Weight_____ Hair __Brn__ Eyes __Brn__ Scars/Tattoos _____
Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

**Location Status:**
Arrest Date _____
☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody
☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Bond _____   ☐ Detention Sought

**Defense Counsel Information:**
Name: _____
Address: _____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: __Kimberly Riley Pedersen__   Telephone No: __(703) 299-3700__   Bar # __USAO__

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation

**U.S.C. Citations:**

Total # of Counts: __1__

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: __1/24/12__   Signature of AUSA __K. Pedersen__

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**

City_____

County/Parish __Fairfax_____

**Related Case Information:**

Superseding Indictment _____ Docket Number/Judge _1:12CR_____

Same Defendant _____ New Defendant ___X_____

Magistrate Judge Case Number_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No _X___ If Yes, Matter to be sealed: _X__ Yes _____ No  FBI # _____

Defendant Name:_KIANA CHERRIE MCKELVIN_____ Alias Name(s) _a/k/a "Vicky"_____

Address: _____Arlington, VA_____

Employment: _____

Birthdate _████_1980_ SS# _████_0575_ Sex _F__ Race _W__ Nationality _U.S_____

Place of Birth_____ Height_____ Weight_____ Hair _Blk_____ Eyes _Brn____ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes  List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Bond _____   ☐ Detention Sought

**Defense Counsel Information:**

Name:_____

Address:_____

Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA:_Kimberly Riley Pedersen___ Telephone No: _(703) 299-3700____ Bar #_USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

**U.S.C. Citations:**

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: _1/24/12_   Signature of AUSA _K Pedersen_