IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

JAN 2 5 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )<br>)<br>KURAYE TAMUNOIBI AKUIYIBO, )<br>    (a/k/a "G")                    )<br>    (a/k/a Gerald)                 )<br>    (Counts 1-7; 9-10)              )<br>)<br>OTASOWIE CHRISTOPHER ASUEN, )<br>    (a/k/a Otas)                    )<br>    (a/k/a Gene)                    )<br>    (Counts 2, 5-7)                 )<br>)<br>ALAFAKA PATIENCE OPUIYO, )<br>    (a/k/a Amy)                     )<br>    (a/k/a Tracy)                   )<br>    (Counts 1-2; 9-10)              )<br>)<br>NASSIM TABATABAI, )<br>    (a/k/a Naz)                     )<br>    (Counts 1-2; 8)                 )<br>)<br>JENNIFER CHURCHILL, )<br>    (a/k/a Jennifer Nukul)          )<br>    (Count 2)                       )<br>)<br>KIANA CHERRIE McKELVIN, )<br>    (a/k/a Vicky)                   )<br>    (Count 2)                       )<br>)<br>    Defendants.                     )<br>) | **UNDER SEAL**<br><br>CRIMINAL NO. 1:12CR038<br><br>Count 1<br>Conspiracy to Commit Money Laundering<br>18 U.S.C. § 1956(h)<br><br>Count 2<br>Conspiracy to Travel/Use Interstate Facilities in Aid of Racketeering Enterprises<br>18 U.S.C. §§ 1952(a)(1), 1952(a)(3), 371<br><br>Counts 3, 5-6<br>Interstate Travel/Use of Interstate Facilities in Aid of Racketeering Enterprises<br>18 U.S.C. §§ 1952(a)(2), 2<br><br>Counts 4, 7<br>Use and Carry a Firearm During and In Relation to a Crime of Violence<br>18 U.S.C. §§ 924(c)(1)(A)(ii), 2<br><br>Count 8<br>Money Laundering<br>18 U.S.C. § 1957(a)<br><br>Counts 9-10<br>Interstate Travel in Aid of Racketeering Enterprises<br>18 U.S.C. §§ 1952(a)(1), 2<br><br>Forfeiture<br>18 U.S.C. §§ 981, 982, 2461 |

**ORDER TO SEAL**

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the indictment, arrest warrants, the Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the indictment, arrest warrants, Motion to Seal, and this Order be sealed until the defendants are arrested.

Date: January 25, 2012
Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge