# IN THE UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   Case No. 1:12-cr-0038 |
| | ) |
| **KURAYE TAMUNOIBI AKUIYIBO,** | ) |
| et al. | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Upon motion of the defendants to extend the motions filing deadline from March 19, 2012, to April 2, 2012,

And for good cause having been shown and there being no objection by the United States,

It is hereby ORDERED that the motions deadline in this matter is extended to April 2, 2012.

It is so ordered this _____ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE