**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KURAYE TAMUNOIBI AKUIYIBO,<br>OTASOWIE CHRISTOPHER ASUEN,<br>ALAFAKA PATIENCE OPUIYO,<br>NASSIM TABATABAI,<br>JENNIFER CHURCHILL,<br>AND KIANA McKELVIN,**<br><br>                   **Defendants.** | Case No. 1:12-CR-00038<br><br>The Honorable Leonie M. Brinkema<br><br>Trial Date:  June 18, 2012<br>Motions Hearing:  June 6, 2012 |

**DEFENDANTS' JOINT UNOPPOSED MOTION AND INCORPORATED
MEMORANDUM OF LAW TO FILE DISCOVERY-RELATED MOTIONS 30 DAYS
AFTER THE PRODUCTION OF ADDITIONAL DISCOVERY**

COME NOW Defendants Kuraye Tamunoibi Akuiyibo, Otasowie Christopher Asuen, Nassim Tabatabai, Jennifer Churchill and Kiana McKelvin (collectively, "Requesting Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12, and hereby move this Honorable Court to permit them to file discovery-related motions 30 days after the production of additional discovery if such motions should become necessary.  The Government has stated to undersigned counsel for Defendant Churchill that it does not oppose Requesting Defendants' request.  In support of their motion, Requesting Defendants state as follows:

1. At the arraignment on February 17, 2012, the Court ordered pretrial motions to be filed within thirty (30) days of the arraignment date.  Therefore, the defendants pretrial motions were due by March 19, 2012.

2. On March 14, the defendants filed a Joint Consent Motion to Extend Filing Deadline for Pretrial Motions ("Extension Motion") from March 19, 2012 to April 2, 2012, which the Government did not oppose. (Docket No. 83.) In that filing, the defendants detailed the substantial discovery the parties expected would be produced in the case, including physical items recovered from searches, financial records, Title III wiretaps, and electronic data recovered from cellular phones, computers and other electronic devices. (Docket No. 83 at ¶ 3.)

3. When the Extension Motion was filed, very limited discovery had been provided to the defendants. Defense counsel expected, however, that discovery would be provided in the coming days and believed that if the discovery were delivered in that time period, a two week extension would provide sufficient time for the filing of pretrial motions. (Docket No. 83 at ¶¶ 4-5.)

4. The Court granted the Extension Motion on March 14, 2012. (Docket No. 84.)

5. Since the Extension Motion, the Government has produced some additional discovery to the defendants, primarily in the form of financial records obtained via subpoena from various financial institutions. The defendants have every expectation that counsel for the Government is working diligently to produce discovery to the defense, but a substantial amount of discovery remains to be provided, including copies of electronic data recovered from various devices and information regarding and recovered from Title III wiretaps.

6. Until this discovery is provided, defense counsel cannot make decisions regarding motions they may need to file regarding discovery. Accordingly, Requesting Defendants ask that the Court permit them to file discovery-related motions within 30 days after such

discovery is produced if such motions pertain to the newly-produced discovery or if the newly produced discovery provides a basis for an additional defense motion.

WHEREFORE, for the foregoing reasons and any additional reasons that may appear to the Court, Requesting Defendants respectfully ask that this Honorable Court grant their request and extend the deadline for filing discovery-related motions in this matter until 30 days after such discovery is produced.

Dated: April 2, 2012

Respectfully submitted,

Kuraye Tamunoibi Akuiyibo,
Otasowie Christopher Asuen,
Nassim Tabatabai,
Jennifer Churchill, and
Kiana McKelvin,
By counsel

BY: /s/
Kerri L. Ruttenberg, Va. Bar No. 70274
Christopher J. Smith, Va. Bar No. 75445
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939 (Telephone)
(202) 626-1700 (Fax)
kruttenberg@jonesday.com
cjsmith@jonesday.com

**Counsel for Jennifer Churchill**

BY: /s/
Stuart Alexander Sears
ZWERLING, MOSELEY & SEARS, P.C.
114 N. Alfred Street
Alexandria, Virginia 22314
Ph: 703-684-8000
Fax: 703-684-9700
Stuart@zwerling.com

**Counsel for Kuraye Akuiyibo**

BY:       /s/
Christopher Bowmar Mead
LONDON & MEAD
1225 19th Street, N.W.
17th Floor
Washington, DC  20036
(202) 331-3334
cmead@londonandmead.com


      /s/
Lance Alan Robinson
LONDON & MEAD
1225 19th Street, N.W.
Suite 320
Washington, DC  20036
(202) 331-3334
Fax:  (202) 785-4280
lrobinson@londonandmead.com


      /s/
Kobie Flowers, *Admitted Pro Hac Vice*
FLOWERS LAW FIRM, PLLC
1750 K Street, N.W.
Suite 200
Washington, DC  20006
Phone:  (202) 742-5969
Fax: (202) 742-5948
Kflowers@flowerslaw.com

**Counsel for Nassim Tabatabai**


BY:       /s/
Nina J. Ginsberg
DIMURO GINSBERG, P.C.
1101 King Street
Suite 610
Alexandria, VA  22314-2956
(703) 684-3181
Fax:  (703) 548-3181
nginsberg@dimuro.com

**Counsel for Otasowie Asuen**

BY:     _____/s/_____
Denise Jakabcin Tassi
221 S Fayette St.
Alexandria, VA 22314
Phone: (703) 836-9080
DJTassi@verizon.net

        **Counsel for Kiana McKelvin**

## **CERTIFICATE OF SERVICE**

I hereby certify that this 2nd day of April, 2012, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all parties.

                                                    /s/
                                      Kerri L. Ruttenberg, Va. Bar No. 70274
                                      Attorney for Defendant Jennifer Churchill
                                      JONES DAY
                                      51 Louisiana Avenue, NW
                                      Washington, DC  20001
                                      (202) 879-3939 (Telephone)
                                      (202) 626-1700 (Fax)
                                      kruttenberg@jonesday.com