# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KURAYE TAMUNOIBI AKUIYIBO,**<br>**OTASOWIE CHRISTOPHER ASUEN,**<br>**ALAFAKA PATIENCE OPUIYO,**<br>**NASSIM TABATABAI,**<br>**JENNIFER CHURCHILL,**<br>**AND KIANA McKELVIN,**<br><br>**Defendants.** | Case No. 1:12-CR-00038 |

## ORDER

Upon consideration of Defendants Kuraye Tamunoibi Akuiyibo, Otasowie Christopher Asuen, Nassim Tabatabai, Jennifer Churchill and Kiana McKelvin's Joint Unopposed Motion and Incorporated Memorandum of Law to File Discovery-Related Motions 30 Days After the Production of Additional Discovery,

And for good cause having been shown and there being no objection by the United States,

It is hereby ORDERED that these Defendants may file discovery-related motions within 30 days after such discovery is produced.

It is so ordered this ___ day of April, 2012.

_____
Leonie M. Brinkema
United States District Judge