IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:12CR038 |
| | ) | |
| JENNIFER CHURCHILL | ) | Judge Brinkema |

NOTICE OF INTENTION TO INTRODUCE EXPERT TESTIMONY

PLEASE TAKE NOTICE that the United States intends to introduce Montgomery County Police Detective Dan FitzGerald as an expert at trial. Detective FitzGerald was involved with the investigation of this case and will also testify as a fact witness.[1]

1. The United States will call Detective Dan FitzGerald of the Montgomery County, Maryland Police Department (MCPD), Vice Unit, as an expert in prostitution investigations and prostitution-related offenses. Detective FitzGerald is a 27 year law enforcement veteran with the MCPD and has spent the past 5 ½ years in the Vice Unit. Det. FitzGerald's qualifications are listed in the attached Declaration, which has been provided to the defendant.

2. Det. FitzGerald may testify to the following at trial: (1) common characteristics, operating methods, and organizational structures of internet prostitution agencies operating in the metropolitan Washington, D.C. area, including the use of bookers, schedulers, money-collectors, screeners, photographers and photo editors; (2) common methods used to recruit prostitutes and to advertise prostitution and prostitution related businesses, including the use of internet websites such as Backpage and Cityvibe, and quasi-social websites like The Erotic Review (TER); (3)

---

[1] The government will structure its examination of Detective FitzGerald in such a way as to make clear when he is testifying to facts and when he is offering his opinion as an expert.

common methods of communication and advertisement, and terms used used by those engaged in prostitution and prostitution-related businesses; (4) methods of concealment from law enforcement; including the use of code words, such as "escort," "companion," "donation," and others.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: \_\_\_\_\_/s/_____
Kimberly Riley Pedersen
Patricia Haynes (Bar No. 49038)
Assistant United States Attorneys
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  703-299-3700
Fax: 703-299-3982
patricia.haynes@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via ECF this 4th day of June, 2012, which will send a copy of such filing (NEF) to all parties.

By:    /s/
Kimberly Riley Pedersen
Patricia Haynes
Assistant United States Attorneys
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3982
Email Address: patricia.haynes@usdoj.gov