## Declaration of Detective Dan FitzGerald

I am a 27 year veteran with the Montgomery County, Maryland, Department of Police. I have been a detective with the department for 17 years. I spent 9 years in patrol, during which I was assigned to the Special Assignment team and temporarily assigned to the Narcotics Section. I spent 12 years with the Repeat Offender Section and have spent the last 5 1/2 years in the Vice Unit.

While assigned to the Vice Unit, I have investigated or assisted in investigations which have addressed various aspects of prostitution. This has included acting as an undercover officer, conducting surveillances, conducting interviews, obtaining subpoenas and search warrants for places of operation and electronic data. I have initiated or assisted in several hundred prostitution cases. As part of these investigations, I have interviewed prostitutes, "pimps", including operators of "escort services", as well as "johns" (clients).

Based on my training and experience as a police officer generally, and as a Vice detective specifically, I am familiar with the various methods used by those that participate in the crime of prostitution. As a result, I know that:

> The internet has brought prostitution into the 21st century, making it the modern day "track";
>
> The solicitation of prostitution frequently occurs on the internet;
>
> Prostitution, like the distribution of drugs, gambling and other criminal activity, is motivated by money;
>
> Pimps/operators of "escort services" can generate thousands of dollars a week;
>
> Pimps/operators of "escort services" lure females into the business with the promise of cash and security;
>
> Pimps/operators often use fear and intimidation to maintain order within their organization, sometimes resorting to violence to "send a message";
>
> Pimps/operators seek out vulnerable females and prey on their weaknesses.
>
> Operators of "escort agencies" use associates to perform operational tasks such as answering the phones, collecting money, transporting women, creating websites and photo shopping pictures for minimal fees, while the operator gives direction for the day to day operation of the agency.
>
> Pimps/operators of agencies use various methods to advertise their "product". The most common forum in the DC Metro area is the internet. Sites such as www.backpage.com, www.eros.com, www.cityvibe.com and www.theeroticreview.com are the most common in this area. These sites will have links to the escort agency's website.

Pimps/operators will post advertisements on www.craigslist.com and www.Backpage.com in an effort to lure women with the promise of money. Other times they may recruit women that are already prostitutes advertising on internet sites, promising "screening" of customers/"johns", "gentlemen" clients, and more business, thus more money.

Pimps will recruit any woman that is vulnerable, while an operator will recruit women for a target customer base. Hence, if the customer base is interested in young Hispanic women the operator will seek out Hispanic women to satisfy the customer/"john". When being recruited women are asked for their photos and then questioned as to their sexual experience and what sexual acts they are willing to perform. If the woman is selected she most likely will be asked to have sex with the operator, for a "test run".

Upon meeting the pimp/operator, the woman will have her photo taken, so that it may be posted on a website of other so that the customer can see the "merchandise". Most often these photos are taken in a hotel room, by the operator or one of his associates. This is done to minimize the cost of running the business. Thus, the quality of the photo(s) is not as good as a professional photo.

All agencies have a screening process for new customers. This can be done by the agency itself or outsourced to another company such as www.preferred411.com (p411) or www.datecheck.com (datecheck). If the agency screens its own customers'/"johns", they will ask for a real name, work number, as well as a contact number and an email address. The main purpose of this is to verify that the person is not a police officer.

When the customer/"john" is screened he will call the agency for an appointment. The call taker will provide the customer with the hotel location where the woman/"provider" is located. Once at the hotel the customer/"john" calls again and is provided the hotel room number.

When customers/"johns" enter the room most often the money will be in an envelope and be placed in plain view of the prostitute. The money is never handed directly to the prostitute. This is seen as a way to avoid the appearance of paying for sex. When the customer uses the bathroom, the money will be retrieved by the prostitute and placed out of view of the customer/"john".

Within the business there are terms used by those engaging in prostitution, to "clean up the business". "Donation" or "roses" are used to refer to the amount to be paid. "Pop" or "cup" refer to the amount of orgasms a customer/"john" may have during his visit. A provider is another term for a prostitute, while a hobbyist is a "john". There is also slang or acronyms used to describe sex acts that the prostitute performs, such as daty, mish, cg, rcg, and bbbj.

The call taker will keep a record of how many customers/"johns" the prostitute sees in a day. That number is multiplied by the "cut" or "split" that the operator is to receive. The amount is sent to the money collector who in turn will either deliver the cash to the operator or deposit

the money into a designated money account. The money collector, as well as the call taker will send the daily total to the operator. The totals from the two should be the same.

Operators of agencies very their "cut" or "split" between 40-50% and collect at the end of every day, unlike regular pimps that take all of the money from the prostitute at the conclusion of the date.

[WWW.TheEroticReview.com](WWW.TheEroticReview.com) (TER) is a quasi social site for those engaged in the sex trade. The site allows customers/"johns" to describe a females attributes as well as the sex acts that she performs. A review will include a website link to the prostitute, other sites where she is advertising on, and phone numbers in which to contact the prostitute. The customer/"john" will then rate his encounter with the prostitute on a scale from 1-10 and then write a brief synopsis of his encounter with the prostitute describing in detail the sex acts that he engaged in. This allows other potential customers to review the prostitute and determine if he will see her. The agency/prostitute will use the site as a means of advertising. A link on their website will take visitors to TER and vice versa. A good review for a prostitute will generate additional business for the female.

All users, prostitutes and johns alike, on TER create a "handle" for themselves as a means to remain anonymous to outsiders. It is also used as a screening tool for pimps/agencies and prostitutes. The customer may include his "handle" when calling to make an appointment. This allows the call taker to see his reviews on TER and make a determination if the person is a regular "hobbyist". Normally the john will only be known by an alias or first name to the agency prostitute. After he becomes comfortable with the prostitute he may reveal his true identity. Prostitutes normally will retain their alias or working name for safety purposes. Some women move in and out of prostitution and wish to conceal their identities, while others are afraid of being arrested.

A prostitute will "tour" which is travelling to different cities across the country. For the agency, moving prostitutes from one city to another it gives the appearance that they are providing "fresh" women. The agency will normally rotate prostitutes on a weekly basis. In doing so they advertise the new girl giving the agency name recognition. Another reason is that there is attrition in the business for one reason or another. So the agency always has to attract new women.

I am also familiar with particular words and phrases used by those who participate in the crime of prostitution, such as:

"incall"  Refers to the customer going to the Prostitutes location.

"outcall"  Refers to the Prostitute going to the customers location.

"donation"  Is a one of the terms used to indicate the fee for visiting the prostitute.

"escort"  Is another term for prostitute.

"companion"  Is another term for prostitute.

"provider"  Is another term for a prostitute, commonly used by independents.

"independent"  Indicates that the prostitute works on her own, not for a service or pimp.

"john"  Refers to the customer or client.

"references"  Are endorsments by other prostitutes that the john has seen.

"reviews"  Written by johns about their encounter with a particular prostitute.

Greek   Anal sex

GFE   (Girl Friend Experience) refers to the prostitute engaging in kissing and cuddling with the john.

TER – the Erotic Review  Is an internet website that is a quasi social site where johns can review the prostitutes and prostitutes as well as escort services can advertise themselves.

I have attended the following classes, seminars and conferences to enhance my knowledge of trends and techniques being used around the country to engage in prostitution:

2006 In Service training Montgomery County PSTA on Prostitution

October 2006 State of Maryland Board of Chiropractic Examiners (Laws on Massage)

April 2007  Financial Investigative Techniques, Glen Burnie, MD

May  2007  Eastern States Vice Investigators ASSN, Virginia Beach, VA (Vice Crimes)

October  2007 Human Trafficking Conference, Baltimore State Attorney's Office

February 2007 Asian Organized Crime Conference, Las Vegas, NV (Vice Crimes)

April  2008 Human Trafficking & Sexual Exploitation National Seminar, Dallas, TX

February  2009 Investigative Cyber Techniques by FBI Analyst Gordon.

March  2009 Basic Undercover School, Datona Beach, FL

June 2009  Asset Forfeiture Skills,  Glen Burnie, MD

Sept. 2009  Human Trafficking/Child Prostitution, Las Vegas, NV

April 2012 International Asian Organized Crime Conf.  Honolulu, HI

May 2012 Eastern Vice Investigators ASSN, Virginia Beach, VA