AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia



FILED
IN OPEN COURT

JUN – 6 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:12CR038 |
| OTASOWIE CHRISTOPHER ASUEN | ) | |
|  | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    June 6, 2012

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Nina Ginsberg
*Printed name of defendant's attorney*


_____
 /s/
Liam O'Grady
United States District Judge