Date: 6/6/12   Judge: O'Grady   Reporter: Linnell
Time: 9:35   To 10:00   Interpreter: _____
                        Language: _____
                        Prob/Pretrial Ofc present: ___
UNITED STATES of AMERICA        Prob. Email: ___
       Vs.                      Jury Email: ___

Otasowie Christopher Asuen        1:12cr38 (2)
Defendant's Name                  Case Number

Nina Ginsberg                     Pat Haynes / Kim Pedersen
Counsel for Defendant             Counsel for Government

**Matter called for:**
( ) Motions            ( ) Setting Trial Date     (X) Change of Plea Hrg.   ( ) Rule 35
( ) Arraignment        ( ) Appeal from USMC       ( ) Sentencing            ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.             ( ) Pre-Indictment Plea   ( ) Other: _____

Defendant appeared: (✓) in person     ( ) failed to Appear
                    (✓) with Counsel  ( ) without counsel    ( ) through counsel

**Arraignment:**
( ) WFA  (✓) FA  (✓)PG  ( )PNG   Trial by Jury: ( ) Demanded  ( ) Waived
___ Days to file Motions with Argument on _____ at _____
Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status

**Plea/Plea & Sentencing:**
Filed in open court:
(✓) Criminal Information (✓) Plea Agreement (✓) Statement of Facts (✓) Waiver of Indictment ( ) Discovery Order
Defendant entered Plea of Guilty as to Count(s) _1_ (✓)Criminal Information (✓) Indictment (ct 2)
Court accepts plea (✓)Yes ( )No -----Guilty as to Count(s) 1 & 2
Motion for Dismissal of Count(s) 5, 6, 7 (Indictment) (✓) by U.S. ( ) by Deft. is GRANTED.
(✓) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes  ( ) No **** Defendant directed to cooperate with USPO for PSI ( )
Case continued to 8/31/12 at 9:00 for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing ( ) Status
Dft committed to custody of the US Atty General to serve a term of :___ Months; ___ Years-Supervised Release

**Rule 35:**
US' Rule 35 motion for reduction of sentence ( ) Granted  ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

**Probation/Supervised Release Hrg:**
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find  defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of :___ Months; ( ) Supervised Release terminated

Forfeiture order filed & entered in open court

Bond Set at: $_____  ( ) Unsecured  ( ) Surety  ( ) Personal Recognizance
( ) Release Order Entered  (X) Deft. Remanded  ( ) Deft. Released on Bond  ( ) Deft. Continued on Bond

Defendant is: (X) In Custody  ( ) Summons Issued  ( ) On Bond  ( ) Warrant Issued  ( ) 1st appearance

4/12