FILED
IN OPEN COURT

JUN - 6

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:12CR038 |
| | ) |
| OTASOWIE CHRISTOPHER ASUEN, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Upon the defendant's plea of guilty to Count Two of the Indictment and a criminal information charging him with Conspiracy to Commit Money Laundering, the government hereby moves to dismiss against Otasowie Christopher Asuen, Counts Five, Six and Seven of the Indictment.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *Patricia Haynes*

Kimberly R. Pederson
Assistant United States Attorney
Patricia Haynes
Assistant United States Attorney