# ATTACHMENT 1

August 24, 2012

Dear Judge Brinkema:

It is with a broken heart, much shame, and a humble spirit that I write this letter to you, acknowledging my guilt in this case.

I can only attempt to express the amount of remorse and regret I feel for my actions in participating in this crime. I sincerely apologize for providing a means by which women could be exploited in this way, including by me. I realize how I compromised my own integrity and moral upbringing and in doing so encouraged the women and others to compromise theirs. I hope you believe that I never intended to hurt the women who worked for me. My actions have humiliated my family and ultimately disrespected society and myself by taking the easy way out and by not applying the education and skills that I worked hard to achieve to a positive endeavor.

I realize now that I had completely lost confidence in myself after being laid off from the law firm where I worked; and let ambition and greed motivate me in my life. I see now that I was deluding myself and that I need to live my life from a moral foundation as opposed to one where success is measured by how much you can afford to spend. The time I have spent in jail has helped me focus on my mistakes and take steps toward re-entering society as a much better person and a productive citizen.

Thank you in advance for your consideration.

Yours sincerely,

Otasowie Christopher Asuen