# ATTACHMENT 2

The Honorable Leonie M. Brinkema
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314


Dear Judge Brinkema,

My name is Osayi Asuen and I am the younger sibling to Otaswie Asuen. I have been living in New Jersey for over fifteen years and I am a college graduate. I graduated with a BA concentration in Finance and a second concentration in Sport Management. As a member of our family, I have known Otas for over twenty-six years of my life and I have great respect for him as a brother, as a friend, and as a good human being. I am fully aware that my brother has pleaded guilty and also aware that there will be consequences for his actions. However, I am extremely shocked and surprised by this and I truly believe these charges definitely do not reflect his true character and personality.

Otas is one of the nicest and caring human being you will ever come across in a lifetime. This is a statement I heard constantly from individuals that met him or had been around him for a short period of time. We grew up in the difficult neighborhood of Elizabeth, NJ. Throughout those years, my brother's character and personality was always on display. I remembered vividly one night when my brother talked a friend out of joining a local gang eventually saving that friend's life. One of the most memorable things I have witnessed him doing was giving me brotherly advice like convincing and helping me apply to colleges & scholarship, wanting me to stay on campus and being more involve with the student body, volunteering during leisure time, and telling me to apply for internship which was key in getting a job after graduation. Otas gave advices like these because he had been through the same college path on how to become a successful college graduate. Otas graduated from the University of Maryland (College Park) with a double major in Computer Science & Information Technology and worked for more than a few years in Corporate America. Otas had such a bright future ahead of himself but he made a mistake and went down the wrong path. I believe some of Otas mistakes were abusing alcohol, trying to maintain an extravagant lifestyle and greed.

The Honorable Leonie M. Brinkema

Page 2

    I would like to ask for leniency toward Otas sentencing because I believe he has had time to reflect on his actions & is truly sorry for his actions. In life we all make mistakes whether big or small and there's no justification for those actions, but we all deserve to get a second chance at life. If giving the opportunity, there is no reason to believe the Otas will not be successful in whatever he pursues upon release. He will right his mistakes and will give a hundred and ten percent to repair his character, integrity, family name, and will be a law abiding citizen. Thank you Judge Brinkema for considering my letter.

Sincerely,

Osayi Asuen