# ATTACHMENT 3

Ms. Ukinebo Asuen



The Honorable Leonie Brinkema
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Brinkema,

As I write to you today, to ask for compassion for my brother Otas Asuen, I do not know where to begin.
I could start with an introduction about me and my Family but I know you already have a general idea
about who we are through the court proceedings.  However, I will start by telling you that it breaks my
heart to see how this sad and unfortunate incident has torn my family apart.  I continuously see the worry
in the parents' eyes every time I look at them, I sometimes hear it in their voices too when we speak of
what the future holds for Otas.  This is not the way I envisioned they would be spending the old age.
After all they have done for us, their children, now is the time for them to enjoy the fruit of their labor.
To see us get married and begin to start our own families and to spend time with their grandchildren.
This is not the way life was suppose to turn out... As parents, I know they have done all they can in
raising us (my siblings and I), providing for us and teaching us good values in the best possible way.  But
to have this happen to my Family saddens me and has brought much sorrow to our hearts, to say the least.


To speak to Otas' character, I will start by saying he is a very determined and ambitious person.  So when
he decided to move out of state, to the Washington D.C. area, to attend University I was very proud and
pleased to know he had followed in my footsteps as I was the first to venture out on my own for a pursuit
of my Education.  My Parents instilled in us at an early age that an education was a way to achieve a
better and comfortable life and knowing from where we came it was the least the was expected of us.
After graduation, Otas started working as an IT specialist for several Law firms in the D.C area and was
heading for a path to greatness.  However, I do not know what led Otas to change course of his focus and
to get involved in the situation in which he now finds himself...

In addition, I can say that I have not met anyone who has met Otas and has not been charmed by his
charisma.  They can also attest to how kind nature, caring and thoughtful he his.  Otas is not a
confrontational person and doesn't like conflict, he lights up any and every environment he is in and
brings life to any situation no matter how bad...

I have been in frequent contact with Otas since this incident unfolded and I can tell you that he has come
to understand the seriousness of the situation that he is in and is so very remorseful for what he has done.
Your Honor, I know that what is done is done and we cannot go back and change time but we can  learn
for our mistakes and try to make good of what is to come.  The first step in doing that will be to
acknowledge ones mistake.  Your Honor, I know that Otas is very, very remorseful for what he has done
and for all the trouble and heartache he has caused his family.


Your Honor, as a sister and on behalf of myself and my family, I plea with you and the court that you will
have mercy on Otas as he has never been in trouble of any kind and this is his first offense.  As a
Christian, I pray that you can find it your heart to have compassion for him and consider him as a Son or
Grandson that took a wrong path on his journey in life and that whatever punishment he is given is one

that he can learn from and can stir him back on the right track.  I also pray that God touches the hearts of each and everyone involved in this case to have sympathy on Otas.

I hope that Your Honor will grant my (and our) beloved brother, son, brother-in-law, uncle, cousin and friend another chance and opportunity to make good of a very bad, sad and incomprehensible situation.  I also believe everything happens for a reason and that God will never put us in a situation that we cannot handle.  I am yet to figure out the reason for this unfortunate situation though...

I pray that the Grace of God will prevail in of this and that this too shall pass.

Your Honor, I will concluded by saying thank you in advance for your consideration.


Yours sincerely,


Ms. Ukinebo Asuen