# ATTACHMENT 4

The Honorable Leonie M. Brinkema
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Brinkema,

      My name is Mary D and Otasowie Asuen and I are friends. I am a Registered Nurse that works closely with patients who have faced many obstacles and challenges in life as well as made mistakes in violating the law. In life there are times when we all are guilty of making mistakes and there is no justification for the actions that we decide to take, but everyone deserves a second chance at life.

      I have always known Otasowie to be a very caring, loving, and giving person. He is family oriented and is a Christian man. He is always willing to lend a helping hand and will always go the extra mile for any family member, friend, and even a stranger. If there is anyway that Otasowie can help to alleviate any hardship someone is experiencing in life, he is always the first person willing to help.

      Otasowie is a very intellectual man. He attended the University of Maryland, College Park. He achieved his goal by graduating and receiving his bachelor's degree in Computer Science and Information Technology. After graduating college, he was dedicated and worked hard in the area of his studies, computer science.

      I am aware of the offense to which Otasowie has pled guilty and I am also aware there are consequences for actions. During this time, Otasowie has expressed genuine sorrow and regrets being in this predicament and understands the cost of his actions.

      There is a quote written by an unknown author and it states, *"No one can go back and make a brand new start. Anyone can start from now and make a brand new ending."* Please consider leniency when sentencing Otasowie. He realizes what he has

done and is genuinely remorseful. He has learned his lesson and deserves a second chance at life.

Thank you for considering my letter.

Sincerely,
Mary D