# ATTACHMENT 5

The Honorable Lionie M. Brinkema

U.S. District Court

401 Courthouse Square

Alexandria, VA 22314

Dear Judge Brinkema,

    My name is Hyvron Jean and I'm a Network Administrator for a non-profit organization, United Planning Organization, in Washington DC that provided services for low income families in Washington, DC. I've known Otas since junior year in High School and been friends with him ever since. Until I moved to join my wife in Boston for her residency, Otas and I pretty much did everything together. We both work in the IT field as our occupation in Washington DC for years. He was the best man in my wedding. My wife and family have grown fond of him.

    Otas is one of the greatest individual that I know of. Growing up in Elizabeth NJ, future for a young black man like myself is bleak. In high school, he helps me stay focused to graduate by motivating me to follow my dreams. After high school, he convinces his older brother who at the time was living in Silver Spring MD to let me stay in his home while I attended a technical school because my mother could not afford to support me while I was in school. As he did in high school, he stood by me and not let me quit until I was able to get my A+ Certification. As I'm typing this letter I remember how Otas and his brother was helping me with my resume after I finished the school so I can apply for a job in the IT field. Throughout my adult life, he has been a constant positive influence in my life.

    When I first heard of the predicament that Otas was in, I was in total shock and disbelief. I know now that he has plead guilty to the offenses but I'm still trying to understand how he got caught in a life that he help me avoid. When I moved back to Washington DC from Boston in 2009, we were not as close as we use to. I knew he was going through some difficulty but I did not pry into it. Sometimes I wonder if I was as good of a friend to him as he was for me when I need help with guidance in high school, if he would have been in this situation.

    I plead to you for leniency and a heart of compassion during his sentence hearing because I believe he knows deep down inside that he made the greatest mistake in his life. He is smart, educated and has skill sets that will allow him to re-enter the working force in which will help him going down the right path again. I will make it my personal responsibility to assist him in the future to get back in the work force and be the friend that I wasn't the past few years.

Sincerely,

Hyvron Jean