# ATTACHMENT 6

July 20, 2012

The Honorable Leonie M. Brinkema
U.S. District Court
401 Courthouse Square
Alexandria, Virginia 22314

                                        Re: Mr. Otasowie C. Asuen

Dear Judge Brinkema:

I am a retired journalist who spends my time volunteering in a variety of civic and charitable activities. For instance, I work as a trained facilitator with the Nurturing Parenting Program in Fairfax County's Family Services Division helping families with problems by teaching parenting skills. I am also a mentor in a Title I elementary school and teach English to adult English Speakers of Other Languages (ESOL).

Since February, 2012, I have also been leading bible classes at the Adult Detention Center in Alexandria. In this capacity, over the past almost six months, I have come to know Mr. Otasowie Asuen as an inmate and regular participant in our weekly bible studies.

Mr. Asuen tells me that while involved in jail bible classes, he has accepted Jesus Christ as his personal Savior and has every intention of turning his life around and living for Christ. He told me he sincerely regrets his prior mistakes and law violations.

Since first meeting Mr. Asuen ("Tas"), I have seen a positive change in his attitude and outlook on life. He almost never misses a bible study; he asks questions, makes comments and exhibits a growing understanding of scripture and its necessary application to actual life situations. He also encourages other inmates to attend and reaches out to make new inmates feel welcome.

Mr. Asuen gives every indication that he genuinely regrets his past behavior, has turned his life around, and is ready to become a law-abiding and productive member of society. I see a new sense of purpose and direction in his life and a commitment to live for Christ both now and after he is released.

Thank you for considering my thoughts and observations.

Sincerely,

Thomas W. Buschman