# ATTACHMENT 7

Adijatu Asuen



The Honorable Leonie M. Brinkema

U.S. District Court

401 Courthouse square

Alexandria, VA 22314

Your Honorable,

My name is Adijatu Asuen and Otasowie Asuen is my son. It is with much sorrow that I am writing you this letter pleading for mercy for Otas. He is a good son, brother, mentor and God father to his nephew. For the last six months, he has missed out on one nephew's milestones and the birth of another. I know Otas has done wrong and I am sincerely and deeply sorry and so is he. He has taken responsibility for his actions and I pray that this is the beginning of his step in the right direction.

I am a mother of seven and I live for my kids. I have worked at Chelsea, a subsidiary of Continental airlines, for about fifteen years and plan on working there pass retirement. With a limited education myself, I instilled in my kids that education, determination and hard work are the steps to success so to say that I am heart broken and disappointed in Otas about this would be putting it mildly.

Otas is my sixth child and I always had very high expectations for him. He had to grow up quickly when we moved to the U.S. in 1995. He was bullied in high school because of his accent and he overcame that. We couldn't afford much back then so seven of us lived in a one bedroom apartment; Otas quickly found a job at age 16 to help out. After high school, he was determined to go to college and to move to DC on his own. I was worried, as it was his first time living outside my roof, but he put my mind to rest and went to school, graduated and got a job. While trying to find himself, he never forgot where he was from. He made a conscious effort to call me

daily and to help out whenever he could. He became a responsible adult quickly…I was very proud.

He is great with people and very charismatic. He would give the shirt off his back to a complete stranger. He is a smart, kind, thoughtful, loving person but too trusting. He mentored his younger brother and his friends through high school and college successfully; he would always say to them that education is the secret to success. That being said, he has made some very bad choices recently which have brought him here. All his accomplishments and achievements will be overshadowed by this.

   I know and understand that Otas needs to be punished for his mistakes but I am pleading with you as a mother to please consider that he has never been in trouble before and that he is not violent in any way. This is the longest time that he has been away from me and his siblings. This experience has truly humbled him and he is indeed remorseful in the error of his ways. I believe that he will walk away from this a changed man.


It is with a mother's heartfelt sincerity and my love for my son that I implore this court to please consider a lesser sentence.

Thank you for taking the time to read this and for the consideration.


Respectfully,



Adijatu Asuen