# ATTACHMENT 8


Mr. Charles Asuen

8th August, 2012.

The Honourable Leonie M. Brinkema,
U. S. District Court.
401 Courthouse Square
Alexandria VA 22314

Dear Judge Brinkema,

### RE: MR. CHISTOPHER ASUEN- A PLEA FOR LENIENCY

I am Capt. Charles Asuen, a retired Pilot/ Director of Operations with Nigerian Civil Aviation (NCAA) the Aviation Regulatory body in Nigeria. I am a Nigerian born United States citizen, residing with my wife and other children in the above address, while Otasowie lives in Washington DC.

Otasowie is one of my children who completed his high school and college degree in the U.S.A. As his father, I inculcated in all my children, including Otasowie the spirit of hard work, transparency and respect for constituted authority as perquisite for success in life. He was employed in Washington DC where he worked briefly before going into private business.

I am surprised to hear about his involvement of using inter-states facilities in aid of a racketeering enterprise and to commit money laundering. Otasowie has been from birth a level headed humble young man with focus, and very enterprising. He has never been found to engage in dubious activities. He is a contended young man with integrity. I have had cause to test him several times with huge sums of money and he proved to be trustworthy. He does not associate with bad companies, is a moderate drinker and does not smoke.

As a close-knit family, all the children including Otasowie have been brought up with Christian virtues of hard work, obedience and good moral character.

However like most young men, he must have become unnecessarily over zealous while imbibing the American spirit of enterprise. Hence he got himself into this mess.

This not withstanding, My Lord, I hereby plead for leniency for Otasowie as a first time offender to temper justice with mercy. Otasowie is very devastated and remorseful for his involvement in the crime he has been charged with. His action has actually affected the entire family, and I am sure if he obtains your pardon, he will change for good.

Thank you my Lord for taking the time to consider this plea for leniency on my son. I hope your Lordship will tell our son to go home and sin no more.

Many thanks and God bless.

Yours faithfully

Charles Asuen (Capt.)
(Father)