# ATTACHMENT 9

TO: **The Honorable Leonie M. Brinkema**
**U.S. District Court**
**401 Courthouse Square**
**Alexandria, VA 22314**

Dear **Judge Brinkema**:

My name is Osayande Asuen. I am 34years old, born in Africa, and moved to the United States in 1996. I had worked a lot of odd jobs before and during my college years and I'm currently a certified Data Center Technician and Project Manager, and have worked for the same company (Thomson Reuters—my current employer) for the past 12+ years.

Otas Asuen is my cousin, and we share the following similar background:
1. Our both fathers are brothers who come from a middle class family very well known for their achievement of success through diligent and honest hard work and valuable contribution to society.
2. We both (Otas Asuen and I) attended elementary and High schools in Africa going through the educational system there before moving to the US around the same time (about a year apart) in our teenage years.
3. We both (Otas Asuen and I) are around the same age group, and very early on had similar interest and curiosity in Information Technology, working in related fields.
4. Despite being cousins we are good friends who share our aspirations about life with each other from time to time, which is based on the influences we had from our very humble up bringing in Africa.
5. We have both made anonymous contributions to various charities in Nigeria and have shared similar ambitions of one day running a well established charity to benefit less opportune African children.

I was very surprised to learn of what had transpired here involving him, and strongly suspect something terribly wrong must have transpired in his life somewhere along the line that may have influenced him in making poor choices. I know from talking to his siblings during this ordeal that he is very contrite and sorry for the trouble he has put himself in and caused his family. More importantly, I know how much potential your leniency in tampering justice would mean to him having a second chance at doing right to society and us (his family).

I am writing this letter to beg for your mercy on Otas's behalf, and can assure you he is going to be under intense pressure to right his wrong choices and make society and our family proud of his contributions and efforts at redeeming his image. I can assure you I will personally be a very influential part of this turn around as I am one person I know he can relate to given our similarities.

I know he is a good and very kind person at heart with a lot of good will, and I am very confident in his potential to live up to his humble beginnings influenced by a very hard working family. My major fear is that a prolonged incarceration would deal a huge blow to his prospects at being able to redeem himself.

With all this in mind, I strongly beg for your mercy in tampering justice in this case.

Yours truly,

Osayande Asuen