IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12 cr 38 |
| | ) | |
| KURAYA TAMUNOIBI AKUIYIBO, | ) | |
| | ) | |
| Defendant. | ) | |

**VERIFIED CLAIM OF NASSIM TABATABAI
AND PETITION ASSERTING LEGAL INTEREST IN FORFEITED PROPERTY**

Nassim Tabatabai hereby makes claim to various items of personal property alleged to be subject to forfeiture in the above titled case and related criminal cases pursuant to 21 U.S.C. § 853(n).[1] Specifically, Claimant asserts an interest in the following items:

1. A 2009 Aston martin DB9 VIN: SCFAD01EX9GA12409. Claimant asserts she was the owner/co-owner of the vehicle which was purchased, in part, using her good credit.

2. A 2006 Land Rover Range Rover HSE VIN: SALMF15496A221867. Claimant asserts she was the owner of the vehicle which was gifted to her in 2008. See Declaration of Sahr L. Bockai, Attached.

---

[1] 21 U.S.C.853(n)(4) provides that a hearing on a Petition" shall, to the extent practicable and consistent with the interests of justice, be held within thirty days of the filing of petition." A hearing within 30 days is not practical because the Claimant is ordered to report to serve a 30 day sentence in New York on September 25, 2012. Claimant respectfully request that the matter be set for hearing beyond 30 days to permit her to be released and to make arrangements to travel from New York to Virginia for such hearing.

3. One Pair of Ladies Diamond Stud Earrings. Claimant asserts she is the owner of the property which was gifted to her on or about May 2006. See *Declaration of Nastaran T. Ghomi*, Attached.

4. Ladies Pear Shaped Diamond Engagement Ring. Claimant asserts she was the owner of the property which was a gifted to her in August 2011.

5. Ladies Multi-band Diamond Ring. Claimant asserts she was the owner of the property which was gifted to her on or about February 1997. See *Declaration of Elliott L. Warley, Jr.*, Attached.

6. Various phones, computers and other electronics including but not limited to the following items, a portion of which were purchased by the Claimant or were gifted to her between 2007 and 2011.

   a. Blackberry Torch 9800
   b. Blackberry Bold 9700 (x2)
   c. iPhone 4
   d. Starcomm Haier
   e. Mac Book Air (x2)
   f. Mac Desktop
   g. EZ Pass
   h. iPods (x3)
   i. Sony Cybershot camera

I declare under penalty of perjury, as provided by 28 U.S.C. §1746 that I have a bona fide interest in or that I am the owner/co-owner of the property listed above.

Respectfully Submitted,

Date: 9/19/12

Counsel for Claimant:

__/s/_____
Ryan Campbell, Esq. (VSB 48157)
King, Campbell & Poretz, PLLC
108 N. Alfred Street
Alexandria, VA 22314
Phone: (703) 683-7070
Fax: (703) 652-6010
ryan@kingcampbell.com
*Counsel for Claimant*

## CERTIFICATION OF SERVICE

I, Ryan Campbell, HEREBY CERTIFY that on or before the 21st day of September, 2012, I served the foregoing Claim by hand-delivering a true copy the address as follows and by filing the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user:

    AUSA Karen Ledbetter Taylor, Esq.
    United States Attorney's Office
    Justin W. Williams United States Attorney's Building
    2100 Jamieson Avenue
    Alexandria, VA 22314-5794

Dated this 21st day of September, 2012.

                                          /s/
                              Ryan Campbell, Esq. (VSB 48157)
                              King, Campbell & Poretz, PLLC
                              108 N. Alfred Street
                              Alexandria, VA 22314
                              Phone: (703) 683-7070
                              Fax: (703) 652-6010
                              ryan@kingcampbell.com
                              *Counsel for Claimant*