## **DECLARATION OF Nastaran T. Ghomi REGARDING Diamond stud earrings**

In the city of San Diego

      I, Nastaran T. Ghomi state the following:

      1.    I am an architect. I am over the age of 18, and I have personal knowledge of the facts stated in this Declaration, which are known to be true and correct.

      2.    On or about May 2006, I purchased a pair of diamond stud earrings as a gift for my sister Nassim Tabatabai's graduation from medical school.

      3.    I purchased the diamond stud earrings partially with my American express or cash/check and the remaining balance was placed on a Bailey Banks and Biddle credit card at that time. I have included the statement from Bailey Banks and Biddle credit card and I am unable to fine the statement for the other part portion of the payment since it was over 6 years ago.

      4.    The diamond stud earrings were purchased at the Bailey Banks and Biddle store in Tyson's Corner in VA.

      5.    I purchased this property without any knowledge or reason to believe that the diamond stud earrings were tied to illegal activity. I currently still have no reason to believe that this property is tied to any illegal activity.

      6.    On or about May 2006, I gave the diamond stud earrings to Nassim Tabatabai. The diamond stud earrings therefore belong to her.

      7.    I submit this Declaration in support of Nassim Tabatabai's request for the return of her diamond stud earrings from the Federal Bureau of Investigation.

      Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2012.

*[signature]*
_____
Nastaran T. Ghomi