## DECLARATION OF Sahr L. Bockai REGARDING 2006 Range Rover

In the city of Washington, DC:

I, Sahr L. Bockai state the following:

1. I am a pharmacist. I am over the age of 18, and I have personal knowledge of the facts stated in this Declaration, which are known to be true and correct.

2. On or about July 2008, I purchased 2006 Range Rover HSE (VIN SALMF15496A221867)

3. I purchased 2006 Range Rover with a check.

4. I purchased 2006 Range Rover from the car auction from Preye Akuiyibo.

5. I purchased this property without any knowledge or reason to believe that the 2006 Range Rover was tied to illegal activity. I currently still have no reason to believe that this property is tied to any illegal activity.

6. On or about July 2008, I gave the 2006 Range Rover to Nassim Tabatabai. The 2006 Range Rover therefore belongs to her. The title and the auto insurance are in Nassim Tabatabai's name.

7. I submit this Declaration in support of Nassim Tabatabai's request for the return of her 2006 Range Rover from the Federal Bureau of Investigation.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on this July 13, 2012.

_____
Sahr L. Bockai