## DECLARATION OF Elliott L. Warley Jr. REGARDING multi-band diamond ring

In the city of Washington, D.C.

I, Elliott L. Warley Jr. state the following:

1. I am a fireman. I am over the age of 18, and I have personal knowledge of the facts stated in this Declaration, which are known to be true and correct.

2. On or about February 1997, I purchased a multiband diamond ring as a gift for Nassim Tabatabai.

3. I purchased the multiband diamond ring with cash and I am unable to find the receipt since it was over 15 years ago.

4. The multiband diamond ring was purchased at a Jewelery store in Georgetown Mall and it is no longer in business.

5. I purchased this property without any knowledge or reason to believe that the multiband diamond ring was tied to illegal activity. I currently still have no reason to believe that this property is tied to any illegal activity.

6. On or about February 1997, I gave the multiband diamond ring to Nassim Tabatabai. The multiband diamond ring therefore belong to her.

7. I submit this Declaration in support of Nassim Tabatabai's request for the return of her multiband diamond ring from the Federal Bureau of Investigation.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2012.

*[signature]*
Elliott L. Warley Jr.