IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case 1:12cr38 |
| | ) | |
| NASSIM TABATABI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONDUCT DISCOVERY

The United States of America, Plaintiff, pursuant to Federal Rules of Criminal Procedure 32.2(c)(1)(B) and Title 21, United States Code, Section 853 (l) & (m), herein requests that this Court permit the Government to conduct discovery in order to resolve factual issues related to the legal ownership interest in two vehicles that are subject to criminal forfeiture, namely a 2006 Land Rover HSE, VIN: SALMF15496A221867, and a 2009 Aston Martin DB9, VIN: SCFAD01EX9GA12409. The factual issues have been informally addressed between the parties over several months, but to date no documentation has been forthcoming from the defendant to adequately establish her petition asserting a legal ownership interest in both vehicles.

The United States further requests that the Court permit the depositions of two potential witnesses in this matter, Defendant Nassim Tabatabi and Sahr L. Bockai.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:        /s/
_____
Karen L. Taylor
Assistant United States Attorney
Attorney for the United States
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Aven;ue
Alexandria, Virginia  22314
Phone:  703-299-3700
Fax:  703-299-3982
karen.taylor2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Ryan Campbell, Esq.
>King, Campbell & Poretz, PLLC
>108 N. Alfred Street
>Alexandria, VA  22314
>Phone:  703-683-7070
>Fax:  703-652-6010
>ryan@kingcampbell.com
>
>Counsel for Defendant Nassim Tabatabi

>/s/
>_____
>Karen L. Taylor
>Assistant United States Attorney
>Attorney for the United States
>Justin W. Williams U.S. Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia  22314
>Phone:  703-299-3700
>Fax:  703-299-3982
>karen.taylor2@usdoj.gov