IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case 1:12cr38 |
| | ) | |
| NASSIM TABATABI, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO CONDUCT DISCOVERY

It is hereby ORDERED that the United States of America, Plaintiff, may conduct discovery to ascertain the legal ownership in two vehicles subject to criminal forfeiture, namely a 2006 Land Rover HSE, VIN: SALMF15496A221867, and a 2009 Aston Martin DB9, VIN: SCFAD01EX9GA12409, and that discovery may include interrogatories and the depositions of potential trial witnesses, Defendant Nassim Tabatabi and Sahr L. Bockai.

Entered this ___ day of February 2013.

Alexandria, Virginia